IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LEONOR DEL CARMEN HERNANDEZ, )
    Plaintiff, )
     )
v. ) Civil Action No. 1:09cv1179
     )
LA CASONA RESTAURANTS, INC., )
d/b/a La Cabana Mexican Restaurant, et al., )
    Defendants. )

## JUDGMENT ORDER

Upon consideration of the July 26, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the July 26, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant La Casona Restaurants, Inc., d/b/a La Cabana Mexican Restaurant, in the total amount of $29,934.90.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order pursuant to Rule 58, Fed. R. Civ. P.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendants and to all counsel of record and to place this matter among the inactive causes.

Alexandria, VA
August 13, 2010

T. S. Ellis, III
United States District Judge